UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KARLTON WAYNE McGARY, | No. 14-cv-4686 LB |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | [Re: ECF No. 37] |
| G. PALOMERO; et al., | |
| Defendants. | |

The defendants' request for an extension of the deadline to file their motion for summary judgment is GRANTED. (ECF No. 37.) The court now sets the following new briefing schedule for the motion for summary judgment: No later than **January 15, 2016**, the defendants must file and serve their motion for summary judgment or notify the court that such a motion is unwarranted. No later than **February 12, 2016**, the plaintiff must file and serve his opposition to the motion for summary judgment. No later than **February 26, 2016**, the defendants must file and serve their reply brief, if any.

**IT IS SO ORDERED.**

Dated: November 12, 2015

_____
LAUREL BEELER
United States Magistrate Judge

14-cv-4686 LB
ORDER